UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CIV-80478-CANNON/REINHART

TAHLIAH LOPEZ,

        Plaintiff,

v.

ALIGHT SOLUTIONS,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO BRING CERTAIN ELECTRONIC EQUIPMENT INTO THE FEDERAL COURTHOUSE FOR THE SETTLEMENT CONFERENCE TO BE HELD ON JANUARY 11, 2024 (ECF No. 69)

IT IS HEREBY ORDERED that Plaintiff Tahliah Lopez be permitted to bring an electronic blood pressure monitoring cuff into the West Palm Beach federal courthouse for the settlement conference with the undersigned on January 11, 2024, subject to inspection and approval by the U.S. Marshal Service.

**DONE and ORDERED** in Chambers on January 10, 2024, at West Palm Beach in the Southern District of Florida.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE